JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Raymond Cenaka Wooden
5730 Camac Street, Philadelphia, PA 19141

## DEFENDANTS
City of Philadelphia, et al
One Parkway Building - 14th Floor

**(b)** County of Residence of First Listed Plaintiff    Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Weisberg Law
7 South Morton Avenue, Morton, PA 19070

Attorneys *(If Known)*
Andrew Pomager, Esquire

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Plaintiff alleges Federal Civil Rights violation under 42 U.S.C. Section 1983

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE
03/13/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

JS 44 Reverse  (Rev. 06/17)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Raymond Cenaka Wooden 5730 Camac Street, Philadelphia, PA 19141

Address of Defendant: City of Philadelphia Law Department, 1515 Arch St., Phila., PA  19102

Place of Accident, Incident or Transaction: _____

---

**RELATED CASE, IF ANY:**

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 03/13/2019   _____   324618
                    *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                        *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND CENAKA WOODEN | : | |
| 5730 Camac Street | : | PHILADELPHIA COUNTY COURT |
| Philadelphia, PA 19141 | : | OF COMMON PLEAS |
| | : | |
| Plaintiff | : | NO: 181100416 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA D/B/A THE | : | |
| PHILADELPHIA POLICE | : | |
| DEPARTMENT | : | |
| 1515 Arch St 16th Floor | : | JURY OF TWELVE (12) JURORS |
| Philadelphia, PA 19102 | : | DEMANDED |
| | : | |
| | : | |
| and | : | |
| | : | |
| JOHN MOUZON | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch St 16th Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| LEON MCKNIGHT | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch St 16th Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| EUGENE KITTLES | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch St 16th Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| BARRY CHARLES | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch St 16th Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |

and                                              :

JAMES GIST                                       :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
**1515 Arch St 16th Floor**           :
**Philadelphia, PA 19102**                       :
                                                 :
    and                       :
                                                 :
WILLIAM PRINCE                                   :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
**1515 Arch St 16th Floor**           :
**Philadelphia, PA 19102**                       :
                                                 :
    and                       :
                                                 :
HATTIE MCKELLAR                                  :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
**1515 Arch St 16th Floor**           :
**Philadelphia, PA 19102**                       :
                                                 :
    and                       :
                                                 :
DONALD CAIN                                      :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
**1515 Arch St 16th Floor**           :
**Philadelphia, PA 19102**                       :
                                                 :
    and                       :
                                                 :
KEVIN WIMS                                       :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
**1515 Arch St 16th Floor**           :
**Philadelphia, PA 19102**                       :
                                                 :
    and                       :
                                                 :
RANAE JEFFCOAT                                   :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
**1515 Arch St 16th Floor**           :
**Philadelphia, PA 19102**                       :
    **Defendants**            :

## CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241through § 2255.                     (   )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                     (   )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.   (   )

(d) Asbestos -- Cases involving claims for personal injury or property damage from
    exposure to asbestos.                     (   )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                     (   )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.         ( **X** )

03/13/2019               Andrew Pomager           Defendants
Date                  Andrew Pomager, **Esq.**       Attorney for

**(215) 683-5446**          **(215) 683-5397**         andrew.pomager@phila.gov

Telephone               FAX Number            E-mail Address
(Civ. 660) 10/02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND CENAKA WOODEN** | : | |
| **5730 Camac Street** | : | **PHILADELPHIA COUNTY COURT** |
| **Philadelphia, PA 19141** | : | **OF COMMON PLEAS** |
| | : | |
| **Plaintiff** | : | **NO. 181100416** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **CITY OF PHILADELPHIA D/B/A THE** | : | |
| **PHILADELPHIA POLICE** | : | **JURY OF TWELVE (12) JURORS** |
| **DEPARTMENT** | : | **DEMANDED** |
| **1515 Arch Street 16th Floor** | : | |
| **Philadelphia, PA 19102** | : | |
| | : | |
| **and** | : | |
| | : | |
| **JOHN MOUZON** | : | |
| **In his individual and official capacity as a** | : | |
| **police officer for the PHILADELPHIA** | : | |
| **POLICE DEPARTMENT** | : | |
| **1515 Arch Street 16th Floor** | : | |
| **Philadelphia, PA 19102** | : | |
| | : | |
| **and** | : | |
| | : | |
| **LEON MCKNIGHT** | : | |
| **In his individual and official capacity as a** | : | |
| **police officer for the PHILADELPHIA** | : | |
| **POLICE DEPARTMENT** | : | |
| **1515 Arch Street 16th Floor** | : | |
| **Philadelphia, PA 19102** | : | |
| | : | |
| **and** | : | |
| | : | |
| **EUGENE KITTLES** | : | |
| **In his individual and official capacity as a** | : | |
| **police officer for the PHILADELPHIA** | : | |
| **POLICE DEPARTMENT** | : | |
| **1515 Arch Street 16th Floor** | : | |
| **Philadelphia, PA 19102** | : | |
| | : | |
| **and** | : | |
| | : | |
| **BARRY CHARLES** | : | |
| **In his individual and official capacity as a** | : | |
| **police officer for the PHILADELPHIA** | : | |

POLICE DEPARTMENT                                  :
1515 Arch Street 16th Floor             :
Philadelphia, PA 19102                             :
                                                   :
          and                                      :
                                                   :
JAMES GIST                                         :
**In his individual and official capacity as a**   :
**police officer for the PHILADELPHIA**            :
**POLICE DEPARTMENT**                              :
1515 Arch Street 16th Floor             :
Philadelphia, PA 19102                             :
                                                   :
                                                   :
          and                                      :
                                                   :
WILLIAM PRINCE                                      :
**In his individual and official capacity as a**   :
**police officer for the PHILADELPHIA**            :
**POLICE DEPARTMENT**                              :
1515 Arch Street 16th Floor             :
Philadelphia, PA 19102                             :
                                                   :
          and                                      :
                                                   :
HATTIE MCKELLAR                                     :
**In his individual and official capacity as a**   :
**police officer for the PHILADELPHIA**            :
**POLICE DEPARTMENT**                              :
1515 Arch Street 16th Floor             :
Philadelphia, PA 19102                             :
                                                   :
          and                                      :
                                                   :
DONALD CAIN                                         :
**In his individual and official capacity as a**   :
**police officer for the PHILADELPHIA**            :
**POLICE DEPARTMENT**                              :
1515 Arch Street 16th Floor             :
Philadelphia, PA 19102                             :
                                                   :
          and                                      :
                                                   :
KEVIN WIMS                                         :
**In his individual and official capacity as a**   :
**police officer for the PHILADELPHIA**            :
**POLICE DEPARTMENT**                              :
1515 Arch Street 16th Floor             :
Philadelphia, PA 19102                             :
                                                   :

and                                                      :
                                                         :
**RANAE JEFFCOAT**                                       :
**In his individual and official capacity as a**         :
**police officer for the PHILADELPHIA**                  :
**POLICE DEPARTMENT**                                    :
**1515 Arch Street 16th Floor**                          :
**Philadelphia, PA 19102**                               :
                                                         :
                           **Defendant (s)**             :

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

      Pursuant to 28 U.S.C. § 1441, defendants, John Mouzon, Barry Charles, William Prince, Donald Cain, Kevin Wims, Ranae Jeffcoat, and the City of Philadelphia (hereinafter "petitioners") through their counsel, Andrew Pomager, Assistant City Solicitor, respectfully petition for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, defendants state the following:

      1.    On February 26, 2019, plaintiff filed a Complaint in the Court of Common Pleas in Philadelphia, February Term, 2019; No. 100416. (Exhibit A - Complaint).

      2.    On February 26, 2019 said Complaint was served on Petitioners at 1515 Arch Street, 14th Floor, Philadelphia, Pennsylvania.

      3.    Plaintiff alleges that on or about September 13, 2012 he sustained damages when his civil rights were violated by the defendants. (Exhibit A ).

      4.    This action may be removed to this Court pursuant to 28 U.S.C. § 1441 since Plaintiff's Complaint contains allegations of violations of the plaintiff's Federal Civil Rights and seeks relief under 42 U.S.C. § 1983. (Exhibit A)

      **Wherefore,** petitioners, John Mouzon, Barry Charles, William Prince, Donald Cain, Kevin Wims, Ranae Jeffcoat, and the City of Philadelphia, respectfully request that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Andrew Pomager
Assistant City Solicitor


**ANDREW POMAGER**
**Assistant  City Solicitor**
**Attorney I.D. No. 324618**
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5446
Date: _3/13/19_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND CENAKA WOODEN | : | |
| 5730 Camac Street | : | PHILADELPHIA COUNTY COURT |
| Philadelphia, PA 19141 | : | OF COMMON PLEAS |
| | : | |
| **Plaintiff** | : | No. 181100416 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA D/B/A THE | : | |
| PHILADELPHIA POLICE | : | |
| DEPARTMENT | : | |
| 1515 Arch Street 16th Floor | : | **JURY OF TWELVE JURORS** |
| Philadelphia, PA 19102 | : | **DEMANDED** |
| | : | |
| and | : | |
| | : | |
| JOHN MOUZON | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch Street 16th Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| LEON MCKNIGHT | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch Street 16th Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| EUGENE KITTLES | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch Street 16th Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| BARRY CHARLES | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |

POLICE DEPARTMENT                                :
1515 Arch Street 16th Floor                    :
Philadelphia, PA 19102                           :
                                                 :
          and                                    :
                                                 :
                                                 :
JAMES GIST                                       :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
1515 Arch Street 16th Floor                    :
Philadelphia, PA 19102                           :
                                                 :
                                                 :
          and                                    :
                                                 :
WILLIAM PRINCE                                    :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
1515 Arch Street 16th Floor                    :
Philadelphia, PA 19102                           :
                                                 :
          and                                    :
                                                 :
HATTIE MCKELLAR                                   :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
1515 Arch Street 16th Floor                    :
Philadelphia, PA 19102                           :
                                                 :
          and                                    :
                                                 :
DONALD CAIN                                       :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
1515 Arch Street 16th Floor                    :
Philadelphia, PA 19102                           :
                                                 :
          and                                    :
                                                 :
KEVIN WIMS                                        :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
1515 Arch Street 16th Floor                    :
Philadelphia, PA 19102                           :
                                                 :

and                                              :
                                                 :
**RANAE JEFFCOAT**                               :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**          :
**POLICE DEPARTMENT**                            :
**1515 Arch Street 16th Floor**       :
**Philadelphia, PA 19102**                       :
                                                 :
                            **Defendant (s)**    :
                                                 :

---

## NOTICE OF FILING OF REMOVAL

TO:   Matthew B. Weisberg, Esquire
      Weisberg Law
      7 South Morton Ave.
      Morton, PA 19070


PLEASE TAKE NOTICE THAT on March 13, 2019**,** defendants, John Mouzon, Barry Charles, William Prince, Donald Cain, Kevin Wims, Ranae Jeffcoat, and the City of Philadelphia, filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk

of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).


**ANDREW POMAGER**
**Assistant City Solicitor**
**Attorney I.D. No. 324618**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
 215-683-5446

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND CENAKA WOODEN : | |
| 5730 Camac Street : | |
| Philadelphia, PA 19141 : | **PHILADELPHIA COUNTY COURT** |
| : | **OF COMMON PLEAS** |
| : | |
| : | |
| **Plaintiff** : | |
| : | No. 181100416 |
| **v.** : | |
| : | |
| : | |
| CITY OF PHILADELPHIA D/B/A THE : | **JURY OF TWELVE (12) JURORS** |
| PHILADELPHIA POLICE : | **DEMANDED** |
| DEPARTMENT : | |
| 1515 Arch Street 16th Floor : | |
| Philadelphia, PA 19102 : | |
| : | |
| and : | |
| : | |
| JOHN MOUZON : | |
| In his individual and official capacity as a : | |
| police officer for the PHILADELPHIA : | |
| POLICE DEPARTMENT : | |
| 1515 Arch Street 16th Floor : | |
| Philadelphia, PA 19102 : | |
| : | |
| and : | |
| : | |
| LEON MCKNIGHT : | |
| In his individual and official capacity as a : | |
| police officer for the PHILADELPHIA : | |
| POLICE DEPARTMENT : | |
| 1515 Arch Street 16th Floor : | |
| Philadelphia, PA 19102 : | |
| : | |
| and : | |
| : | |
| EUGENE KITTLES : | |
| In his individual and official capacity as a : | |
| police officer for the PHILADELPHIA : | |
| POLICE DEPARTMENT : | |
| 1515 Arch Street 16th Floor : | |
| Philadelphia, PA 19102 : | |
| : | |
| and : | |

**BARRY CHARLES**                                :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**         :
**POLICE DEPARTMENT**                            :
**1515 Arch Street 16th Floor**                  :
**Philadelphia, PA 19102**                       :
                                                 :
      **and**       :
                                                 :
**JAMES GIST**                                   :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**         :
**POLICE DEPARTMENT**                            :
**1515 Arch Street 16th Floor**                  :
**Philadelphia, PA 19102**                       :
                                                 :
                                                 :
      **and**       :
                                                 :
**WILLIAM PRINCE**                               :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**         :
**POLICE DEPARTMENT**                            :
**1515 Arch Street 16th Floor**                  :
**Philadelphia, PA 19102**                       :
                                                 :
      **and**       :
                                                 :
**HATTIE MCKELLAR**                              :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**         :
**POLICE DEPARTMENT**                            :
**1515 Arch Street 16th Floor**                  :
**Philadelphia, PA 19102**                       :
                                                 :
      **and**       :
                                                 :
**DONALD CAIN**                                  :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**         :
**POLICE DEPARTMENT**                            :
**1515 Arch Street 16th Floor**                  :
**Philadelphia, PA 19102**                       :
                                                 :
      **and**       :
                                                 :
**KEVIN WIMS**                                   :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**         :
**POLICE DEPARTMENT**                            :

1515 Arch Street 16th Floor                                    :
Philadelphia, PA 19102                                           :
                                                                :
                    and                                         :
                                                                :
RANAE JEFFCOAT                                                   :
In his individual and official capacity as a                    :
police officer for the PHILADELPHIA                             :
POLICE DEPARTMENT                                               :
1515 Arch Street 16th Floor                                    :
Philadelphia, PA 19102                                           :
                                                                :
                    Defendants                   :

## CERTIFICATE OF SERVICE

I, Andrew Pomager, Assistant City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, on the date indicated below:

TO:    Matthew B. Weisberg, Esquire
       Weisberg Law
       7 South Morton Ave.
       Morton, PA 19070


**ANDREW POMAGER**
**Assistant City Solicitor**
**Attorney ID No. 324618**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5446
Date:  3/13/19

Exhibit "A"

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiff**

Schafkopf Law, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiff**

*Filed and Attested by the Office of Judicial Records 26 FEB 2019 14:36 pm K. XXXXX*

|  |  |
|---|---|
| **RAYMOND CENAKA WOODEN** | PHILADELPHIA COUNTY COURT |
| 5730 Camac Street | OF COMMON PLEAS |
| Philadelphia, PA 19141 |  |
| **Plaintiff** | No. 181100416 |
| v. |  |
| **CITY OF PHILADELPHIA D/B/A THE PHILADELPHIA POLICE DEPARTMENT** | |
| 1515 Arch St 16th Floor | JURY OF TWELVE (12) JURORS |
| Philadelphia, PA 19102 | DEMANDED |
| and |  |

**JOHN MOUZON**
In his individual and official capacity as a
police officer for the PHILADELPHIA
POLICE DEPARTMENT
1515 Arch St 16th Floor
Philadelphia, PA 19102

and

**LEON MCKNIGHT**
In his individual and official capacity as a
police officer for the PHILADELPHIA
POLICE DEPARTMENT
1515 Arch St 16th Floor
Philadelphia, PA 19102

and

**EUGENE KITTLES**
In his individual and official capacity as a
police officer for the PHILADELPHIA
POLICE DEPARTMENT
1515 Arch St 16th Floor
Philadelphia, PA 19102

and                                          :
                                             :
**BARRY CHARLES**                            :
In his individual and official capacity as a :
police officer for the PHILADELPHIA          :
POLICE DEPARTMENT                            :
1515 Arch St 16th Floor                      :
Philadelphia, PA 19102                       :
                                             :
and                                          :
                                             :
**JAMES GIST**                               :
In his individual and official capacity as a :
police officer for the PHILADELPHIA          :
POLICE DEPARTMENT                            :
1515 Arch St 16th Floor                      :
Philadelphia, PA 19102                       :
                                             :
and                                          :
                                             :
**WILLIAM PRINCE**                           :
In his individual and official capacity as a :
police officer for the PHILADELPHIA          :
POLICE DEPARTMENT                            :
1515 Arch St 16th Floor                      :
Philadelphia, PA 19102                       :
                                             :
and                                          :
                                             :
**HATTIE MCKELLAR**                          :
In his individual and official capacity as a :
police officer for the PHILADELPHIA          :
POLICE DEPARTMENT                            :
1515 Arch St 16th Floor                      :
Philadelphia, PA 19102                       :
                                             :
and                                          :
                                             :
**DONALD CAIN**                              :
In his individual and official capacity as a :
police officer for the PHILADELPHIA          :
POLICE DEPARTMENT                            :
1515 Arch St 16th Floor                      :
Philadelphia, PA 19102                       :
                                             :

and                                          :
                                             :
**KEVIN WIMS**                               :
In his individual and official capacity as a :
police officer for the PHILADELPHIA          :
POLICE DEPARTMENT                            :
1515 Arch St 16th Floor                      :
Philadelphia, PA 19102                       :
                                             :
and                                          :
                                             :
**RANAE JEFFCOAT**                           :
In his individual and official capacity as a :
police officer for the PHILADELPHIA          :
POLICE DEPARTMENT                            :
1515 Arch St 16th Floor                      :
Philadelphia, PA 19102                       :
**Defendants**

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas ex-puestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |

| | |
|---|---|
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.<br> IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.<br><br>Philadelphia Bar Association<br>One Reading Center<br>11th & Market Streets<br>Philadelphia, PA 19107<br>215-238-6333 | USTED LE DEBE TOMAR ESTE PAPEL A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE A UN ABOGADO, VA A O TELEFONEA LA OFICINA EXPUSO ABAJO. ESTA OFICINA LO PUEDE PROPORCIONAR CON INFORMATION ACERCA DE EMPLEAR A UN ABOGADO. SI USTED NO PUEDE PROPORCIONAR PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLO CON INFORMACION ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER LOS SERVICIOS LEGALES A PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO NI NINGUN HONORARIO.<br><br>Philadelphia Bar Association<br>One Reading Center<br>11th & Market Streets<br>Philadelphia, PA 19107<br>215-238-6333 |

Case ID: 181100416

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiff**

Schafkopf Law, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiff**

| | |
|---|---|
| **RAYMOND C. WOODEN**<br>5730 Camac Street<br>Philadelphia, PA 19141 | PHILADELPHIA COUNTY COURT OF COMMON PLEAS |
| **Plaintiff**<br>v. | No. 181100416 |
| **CITY OF PHILADELPHIA D/B/A THE PHILADELPHIA POLICE DEPARTMENT**<br>1515 Arch St 16th Floor<br>Philadelphia, PA 19102 | JURY OF TWELEVE (12) JURORS DEMANDED |

CITY OF PHILADELPHIA D/B/A THE
PHILADELPHIA POLICE
DEPARTMENT
1515 Arch St 16th Floor
Philadelphia, PA 19102

and

JOHN MOUZON
In his individual and official capacity as a
police officer for the PHILADELPHIA
POLICE DEPARTMENT
1515 Arch St 16th Floor
Philadelphia, PA 19102

and

LEON MCKNIGHT
In his individual and official capacity as a
police officer for the PHILADELPHIA
POLICE DEPARTMENT
1515 Arch St 16th Floor
Philadelphia, PA 19102

and

EUGENE KITTLES
In his individual and official capacity as a
police officer for the PHILADELPHIA
POLICE DEPARTMENT
1515 Arch St 16th Floor
Philadelphia, PA 19102

and                                           :
                                              :
**BARRY CHARLES**                             :
In his individual and official capacity as a  :
police officer for the PHILADELPHIA           :
POLICE DEPARTMENT                             :
1515 Arch St 16th Floor                       :
Philadelphia, PA 19102                        :
                                              :
and                                           :
                                              :
**JAMES GIST**                                :
In his individual and official capacity as a  :
police officer for the PHILADELPHIA           :
POLICE DEPARTMENT                             :
1515 Arch St 16th Floor                       :
Philadelphia, PA 19102                        :
                                              :
and                                           :
                                              :
**WILLIAM PRINCE**                            :
In his individual and official capacity as a  :
police officer for the PHILADELPHIA           :
POLICE DEPARTMENT                             :
1515 Arch St 16th Floor                       :
Philadelphia, PA 19102                        :
                                              :
and                                           :
                                              :
**HATTIE MCKELLAR**                           :
In his individual and official capacity as a  :
police officer for the PHILADELPHIA           :
POLICE DEPARTMENT                             :
1515 Arch St 16th Floor                       :
Philadelphia, PA 19102                        :
                                              :
and                                           :
                                              :
**DONALD CAIN**                               :
In his individual and official capacity as a  :
police officer for the PHILADELPHIA           :
POLICE DEPARTMENT                             :
1515 Arch St 16th Floor                       :
Philadelphia, PA 19102                        :

Case ID: 181100416

|  | : |
| and | : |
|  | : |
| **KEVIN WIMS** | : |
| In his individual and official capacity as a | : |
| police officer for the PHILADELPHIA | : |
| POLICE DEPARTMENT | : |
| 1515 Arch St 16th Floor | : |
| Philadelphia, PA 19102 | : |
|  | : |
| and | : |
|  | : |
| **RANAE JEFFCOAT** | : |
| In his individual and official capacity as a | : |
| police officer for the PHILADELPHIA | : |
| POLICE DEPARTMENT | : |
| 1515 Arch St 16th Floor | : |
| Philadelphia, PA 19102 | : |
| **Defendants** | : |

## CIVIL ACTION COMPLAINT

### I.     Jurisdiction and Venue

1.     Venue lies in this district in that the events giving rise to this claim occurred here, at least

one (1) Defendant resides, maintains a principal place of business, and/or does business

here, and/or the property which is the subject of this action is situated within this district.

2.     Jurisdiction and venue are therefore proper in Philadelphia.

### II.     Parties

3.     Plaintiff, Raymond Cenaka Wooden, is an adult individual residing at the above-captioned

address.

4.     Defendant, City of Philadelphia, doing business as the Philadelphia Police Department, is

a government agency doing business at the above captioned address.

5.     Defendant, John Mouzon, is an adult individual who, at all times material, acted

individually, as well as in his individual capacity as an agent, servant, workman, or

employee of, the Philadelphia Police Department acting under color of state law as a police officer.

6.    Defendant, Leon McKnight, is an adult individual who, at all times material, acted individually, as well as in his individual capacity as an agent, servant, workman, or employee of, the Philadelphia Police Department acting under color of state law as a police officer.

7.    Defendant, Eugene Kittles, is an adult individual who, at all times material acted individually, as well as in his individual capacity as an agent, servant, workman, or employee of, the Philadelphia Police Department acting under color of state law as a police officer.

8.    Defendant, Barry Charles, is an adult individual who, at all times material, acted individually, as well as in his individual capacity as an agent, servant, workman, or employee of, the Philadelphia Police Department acting under color of state law as a police officer.

9.    Defendant, James Gist, is an adult individual who, at all times material, acted individually, as well as in his individual capacity as an agent, servant, workman, or employee of, the Philadelphia Police Department acting under color of state law as a police officer.

10.    Defendant, William Prince, is an adult individual who, at all times material, acted individually, as well as in his individual capacity as an agent, servant, workman, or employee of, the Philadelphia Police Department acting under color of state law as a police officer.

11.    Defendant, Hattie McKellar is an adult individual who, at all times material, acted

individually, as well as in her individual capacity as an agent, servant, workman, or employee of, the Philadelphia Police Department acting under color of state law as a police officer.

12.     Defendant, Donald Cain, is an adult individual who, at all times material, acted individually, as well as in his individual capacity as an agent, servant, workman, or employee of, the Philadelphia Police Department acting under color of state law as a police officer.

13.     Defendant, Kevin Wims, is an adult individual who, at all times material, acted individually, as well as in his individual capacity as an agent, servant, workman, or employee of, the Philadelphia Police Department acting under color of state law as a police officer.

14.     Defendant, Ranae Jeffcoat, is an adult individual who, at all times material, acted individually, as well as in her individual capacity as an agent, servant, workman, or employee of, the Philadelphia Police Department acting under color of state law as a police officer

### III.     Operative Facts

15.     On or about September 13, 2012, Plaintiff, Raymond Cenaka Wooden was visiting one of his properties (located at 3041 N. 15th St. Philadelphia, PA).

16.     Wooden was there to collect rent from his tenants.

17.     The property is a multi-unit building zoned for four (4) apartments; not a single-family home as listed on the police report.

18.     Plaintiff was in the living room of one of the apartments speaking with two (2) tenants when Defendants, Officers John Mouzon, Leon McKnight, Eugene Kittles, Barry

Charles, James Gist, Hattie McKellar, Donald Cain, Kevin Wims and Ranae Jeffcoat arrived.

19. Defendants stated they were conducting a narcotic investigation looking for a light-skinned African American man with braids.

20. Plaintiff advised the officers that an individual matching that description lived in the complex.

21. The officers at the scene searched the property looking for drugs even though the man they were looking for was known not to be present.

22. Despite not fitting the description of the suspect, Wooden was searched by officer Jeffcoat.

23. Jeffcoat confiscated about $300 from Wooden and searched Wooden's bag.

24. In Wooden's bag, officers found about $1200.00 in cash and money orders.

25. The bag also contained rent receipts which matched the amount of money in the bag.

26. Wooden asked the officers on the scene for the search warrant; they did not produce it.

27. When the officers found the cash in Wooden's possession they threw him on the floor and restrained him with handcuffs.

28. Wooden asked when his money would be returned; he was told to "shut up or he would be arrested."

29. Sometime after seizing Wooden, drugs and a gun were found on the premises.

30. Defendant, Sergeant William Prince arrived on scene prior to Wooden's arrest.

31. Wooden advised he did not meet the description of the suspect; that he did not have any narcotics on his person; nor did he own the gun that was found on the premises

32. Mouzon prepared a police report falsely stating that the drugs and the gun had been

recovered from Wooden.

33. Wooden advised he did not meet the description of the suspect and did not have any narcotics on his person.

34. Prince nonetheless signed off on the report leading to Wooden's arrest.

35. Wooden was arrested and taken to the 35th Police District Headquarters.

36. Later Prince signed off on a property receipt stating that the drugs were found inside the property and not on Wooden.

37. Wooden was falsely charged with possession with intent to deliver, simple possession, carrying a firearm without a license, and possession of an instrument of crime.

38. Wooden was unable to post bail and remained in custody for about four (4) years.

39. While awaiting trial, Wooden discovered Defendants Mouzon and McKnight had the property under surveillance for at least four (4) days prior to the arrest.

40. Mouzon falsely stated in his police report that he had witnessed Wooden entering and leaving the property and engaging in a drug transaction with a confidential informant.

41. Mouzon falsely reported that a confidential informant had placed Wooden at the scene selling drugs.

42. Mouzon falsely testified that Plaintiff was a light-skinned African American Male with long braids down to his shoulders.

43. Mouzon falsely reported that the gun found on the property belonged to Wooden.

44. Woooden is not a light-skinned African American mail and does not have long braids.

45. Wooden was able to prove that he was in hospital at the time when Mouzon and McKnight alleged that they witnessed him selling narcotics to the confidential informant.

46. At no time during Wooden's imprisonment did any of the remaining officers excluding

Mouzon come forward to provide exculpatory evidence or testify that Wooden did not fit the description of the suspect, did not take part of in the drug transactions or possess any drugs, or carry any fire arms or possess any firearms or commit any crimes as being charged in the inditement.

47. Defendants failed to produce exculpatory documents requested by Wooden regarding the confidential informant cited by Mouzon leading to Wooden's continued confinement.

48. The City of Philadelphia failed to produce a weapons trace report showing the gun in question was owned by Wooden's tenant (who lived on the property) and that tenant had a valid license to own the gun.

49. Jeffcoat who searched Wooden and his personal property failed to come forward and advise the prosecution that Wooden did not have any narcotics on him.

50. While Wooden was incarcerated, the Defendants seized and sold Wooden's property.

51. The Philadelphia District Attorney's Office withdrew all charges on November 7, 2016.

52. As a direct and proximate result of Defendants' misconduct, Plaintiff significant financial loss and severe emotional distress.

## COUNT I
### Malicious Prosecution/ False Arrest / Wrongful Imprisonment/ Illegal Search and Seizure

53. Plaintiff incorporate by reference all prior paragraphs as if fully set forth at length herein.

54. At the time of Defendants' investigation, arrest, charges, and imprisonment, Plaintiff Raymond Cenaka Wooden, had not committed any infraction giving rise to the probable cause/reasonable suspicion and/or to legally justify the incarceration and charges.

55. Defendants' actions stated above, *inter alia*, were committed under the color of state law and were violations of Plaintiff's clearly established and well-settled Constitutional and other legal rights.

56. Defendants caused Plaintiff to suffer a malicious prosecution by their wrongful conduct in subjecting Plaintiff to false criminal charges.

57. Defendants instituted criminal action against Plaintiff by way of failing to properly investigate the alleged obstructing administration of law/government function.

58. Plaintiff, Raymond Cenaka Wooden, was seized at the time he was arrested.

59. Defendants did not have probable cause nor any cause to arrest, charge, and/or accuse Plaintiff of the criminal acts.

60. The criminal action terminated in Plaintiff's favor and Plaintiff was released after all charges were withdrawn.

61. Further, Defendants arrested and falsely imprisoned Plaintiff, Raymond Cenaka Wooden, without probable cause nor any cause denying him due process.

62. To perpetuate its misconduct, Defendants, clothed themselves with color of state authority.

63. Defendants' willful, reckless and malicious actions were made in an effort to deprive Plaintiff, Raymond Cenaka Wooden, of his rights.

**WHEREFORE,** Plaintiff respectfully request this Honorable Court enter judgment in his favor and against Defendants, individually, jointly and severally, in an amount in excess of fifty thousand dollars ($50,000.00), plus such other and further relief as this Honorable Court deems necessary and just.

## COUNT II
### Monell

61. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

Case ID: 181100416

62. Prior to the events described herein, Defendants developed and maintained policies, practices, procedures and customs exhibiting deliberate indifference to the Constitutional rights of persons, which caused violations of Plaintiff's constitutional and other rights

63. The above described acts or omissions by Defendants, demonstrated a deliberate indifference to the rights of citizens, such as Plaintiff, and were the cause of the violations of Plaintiff's rights as set forth herein.

64. Plaintiff suffered harm due to Defendants' conduct.

   **WHEREFORE,** Plaintiff respectfully request this Honorable Court enter judgment in his favor and against Defendants, individually, jointly and severally, in an amount in excess of fifty thousand dollars ($50,000.00), plus such other and further relief as this Honorable Court deems necessary and just.

Respectfully Submitted,

WEISBERG LAW                                SCHAFKOPF LAW, LLC

*/s/: Matthew Weisberg*                      */s/: Gary Schafkopf*
Matthew Weisberg, Esquire                    Gary Schafkopf, Esquire
Attorney for Plaintiff                       Attorney for Plaintiff


DATED: 2-26-19                               DATED : 2-26-19

Case ID: 181100416

## <u>VERIFICATION</u>

I, Raymond Cenaka Wooden, state that I am the Plaintiff in this action and that the foregoing is true and correct to the best of my knowledge, information and belief. I understand that the statements made in the foregoing Complaint are made subject to the penalties of 18 Pa.C.S. 4904 related to unsworn falsification to authorities.

Dated: 2-11-19

Raymond Cenaka Wooden,

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND CENAKA WOODEN | : | |
| 5730 Camac Street | : | PHILADELPHIA COUNTY COURT |
| Philadelphia, PA 19141 | : | OF COMMON PLEAS |
| | : | |
| **Plaintiff** | : | |
| | : | No.  181100416 |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA D/B/A THE | : | JURY OF TWELVE (12) JURORS |
| PHILADELPHIA POLICE | : | DEMANDED |
| DEPARTMENT | : | |
| 1515 Arch Street 16ᵗʰ Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| JOHN MOUZON | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch Street 16ᵗʰ Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| LEON MCKNIGHT | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch Street 16ᵗʰ Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| EUGENE KITTLES | : | |
| In his individual and official capacity as a | : | |
| police officer for the PHILADELPHIA | : | |
| POLICE DEPARTMENT | : | |
| 1515 Arch Street 16ᵗʰ Floor | : | |
| Philadelphia, PA 19102 | : | |
| | : | |
| and | : | |
| | : | |
| BARRY CHARLES | : | |
| In his individual and official capacity as a | : | |

police officer for the PHILADELPHIA      :
POLICE DEPARTMENT                         :
1515 Arch Street 16th Floor    :
Philadelphia, PA 19102                    :
                                          :
        and                               :
                                          :
JAMES GIST                                :
In his individual and official capacity as a   :
police officer for the PHILADELPHIA       :
POLICE DEPARTMENT                         :
1515 Arch Street 16th Floor    :
Philadelphia, PA 19102                    :
                                          :
                                          :
        and                               :
                                          :
WILLIAM PRINCE                            :
In his individual and official capacity as a   :
police officer for the PHILADELPHIA       :
POLICE DEPARTMENT                         :
1515 Arch Street 16th Floor    :
Philadelphia, PA 19102                    :
                                          :
        and                               :
                                          :
HATTIE MCKELLAR                           :
In his individual and official capacity as a   :
police officer for the PHILADELPHIA       :
POLICE DEPARTMENT                         :
1515 Arch Street 16th Floor    :
Philadelphia, PA 19102                    :
                                          :
        and                               :
                                          :
DONALD CAIN                               :
In his individual and official capacity as a   :
police officer for the PHILADELPHIA       :
POLICE DEPARTMENT                         :
1515 Arch Street 16th Floor    :
Philadelphia, PA 19102                    :
                                          :
        and                               :
                                          :
KEVIN WIMS                                :
In his individual and official capacity as a   :
police officer for the PHILADELPHIA       :
POLICE DEPARTMENT                         :
1515 Arch Street 16th Floor    :
Philadelphia, PA 19102                    :
                                          :

and                                             :
                                                :
**RANAE JEFFCOAT**                              :
**In his individual and official capacity as a** :
**police officer for the PHILADELPHIA**         :
**POLICE DEPARTMENT**                            :
**1515 Arch Street 16ᵗʰ Floor**                 :
**Philadelphia, PA 19102**                      :
                                                :
                        **Defendant (s)**       :

---

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendants, John Mouzon, Barry Charles, William Prince, Donald Cain, Kevin Wims, Ranae Jeffcoat, and the City of Philadelphia (collectively, the "Removing Defendants"), by and through undersigned counsel, hereby give notice that they have filed in the United States District court for the Eastern District of Pennsylvania the attached Notice of Removal (without exhibits) of the above-captioned action.

Pursuant to 28 U.S.C. § 1446, the filing of this Notice effects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,


Date:  March 13, 2019

Andrew Pomager, Esquire
Assistant City Solicitor