IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND CENAKA WOODEN,           :    CIVIL ACTION
                                 :    NO. 19-1054
          Plaintiff,             :
                                 :
     v.                          :
                                 :
CITY OF PHILADELPHIA, et al.,    :
                                 :
          Defendants.            :

**O R D E R**

**AND NOW**, this **15th** day of **December, 2022,** upon consideration of Defendants' Motion for Summary Judgment (ECF No. 60), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 70), Defendants' Reply in Partial Support of Motion for Summary Judgment (ECF No. 73), and Plaintiff's Reply to the Defendants' Reply Brief (ECF No. 74), it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 60) is **DENIED** as moot as to Plaintiff's malicious prosecution claim in Count I.

2. Defendants' Motion for Summary Judgment (ECF No. 60) is **GRANTED** as to Plaintiff's wrongful imprisonment claim in Count I, Plaintiff's false imprisonment claim in Count I, and Plaintiff's Monell claim in Count II.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*

**EDUARDO C. ROBRENO, J.**